AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF _Massachusetts_ _____

UNITED STATES OF AMERICA

V.

Javon Wooten
Brockton, MA

**CRIMINAL COMPLAINT**

CASE NUMBER: 05-m-00027

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __March 3, 2005__ in __Plymouth__ county, in the _____ District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense)

1) knowingly possess a controlled substance, to wit: cocaine, with the intent to distribute same;

2) having previously been convicted of a crime carrying a penalty in excess of one year, did knowingly possess a firearm, in and affecting commerce.

in violation of Title __18 and 21__ United States Code, Section(s) __922(g)(1); 841(a)(1) of Title 21__.

I further state that I am a(n) __ATF Special Agent__ and that this complaint is based on the following
                                    Official Title
facts:

See attached affidavit.

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

06-16-2005                                          at          Boston, Massachusetts
Date                                                               City and State

Leo Sorokin
United States Magistrate Judge                      _____
Name & Title of Judicial Officer                       Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.