AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

Javon Wooten
DOB: 10/29/77

**WARRANT FOR ARREST**

CASE NUMBER: 05-mj-00037

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Javon Wooten__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [X] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
1) possession of cocaine with the intent to distribute
2) being a felon in possession of a firearm

in violation of
Title __21 and 18__ United States Code, Section(s) __841(a)(1); and 922(g)(1) of Title 18__

Leo T. Sorobo
Name of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

Signature of Issuing Officer

June 16, 2005 at Boston, MA
Date and Location

*Stamp: RECEIVED U.S. MARSHAL SERVICE BOSTON, MA 2005 JUN 2_ PD 3: 15*

Bail fixed at $ _____ by _____
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON

This form was electronically produced by Elite Federal Forms, Inc.