AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF __MASSACHUSETTS__

US
v.
Javon Wooten

**EXHIBIT AND WITNESS LIST**

Case Number: 05-27

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| LTS | Connolly | Watkins |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| | | MS |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 6/28 | | | J. Granatino - SP. ATF |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages