UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **05 CR 10205**  NG |
| ) | Case No. |
| v.                       ) | |
| ) | Violations: |
| JAVON WOOTEN              ) | 18 U.S.C. §922(g)(1) - |
| ) |     Possession of a Firearm |
| ) |     and Ammunition by a |
| ) |     Convicted Felon |
| ) | 21 U.S.C. §841(a)(1) |
| ) |     Possession of Cocaine |
| ) |     Base with Intent to |
| ) |     Distribute |
| ) | 21 U.S.C. §853 - Forfeiture |
| ) | |

## INDICTMENT

**COUNT ONE:**    18 U.S.C. §922(g)(1) - Possession of a Firearm and Ammunition by a Convicted Felon

The Grand Jury charges that:

On or about March 3, 2005, in Brockton, in the District of Massachusetts,

**JAVON WOOTEN,**

defendant herein, did knowingly possess, in and affecting commerce, after having been convicted of a crime punishable by a term of imprisonment in excess of one year, a firearm and ammunition, to wit: a Daewoo, Model DH40, .40 caliber, semi-automatic pistol, bearing serial number DA100153; an Amadeo Rossi, Model 971, .357 Magnum revolver, bearing serial number F084925; and a Taurus, Model 66, .357 Magnum revolver, bearing serial number IE157761, and assorted rounds of ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

**COUNT TWO:**     21 U.S.C. §841(a)(1) - **Possession of Cocaine Base With Intent to Distribute**

The Grand Jury further charges that:

On or about March 3, 2005, in Brockton, in the District of Massachusetts,

**JAVON WOOTEN,**

defendant herein, did knowingly and intentionally possess with intent to distribute, cocaine base, also known as "crack" or "crack cocaine," a Schedule II controlled substance.

It is further charged that this Count involved 5 grams or more of a mixture or substance described in Title 21, United States Code, Section 841(b)(1)(A)(ii), which contained cocaine base, in violation of Title 21, United States Code, Section 841(b)(1)(B)(iii).

All in violation of Title 21, United States Code, Section 841(a)(1).

## CRIMINAL FORFEITURE ALLEGATION
### (21 U.S.C. § 853)

The Grand Jury further charges that:

1. As a result of the offense alleged in Count Two

**JAVON WOOTEN,**

defendant herein, shall forfeit to the United States for its use and benefit any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the offenses, and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

2. If any of the forfeitable property described in paragraph 1 above, as a result of any act or omission of the defendant -

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the Court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 1 of this paragraph.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL

*[signature]*
FOREPERSON OF GRAND JURY

*[signature]*
William H. Connolly
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS, Boston, August 10, 2005.

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
Deputy Clerk
2:18 pm

-5-

JS 45 (5/97) - (Revised USAO MA 3/25/02)

**Criminal Case Cover Sheet**   05 CR 10205   U.S. District Court - District of Massachusetts

**Place of Offense:**            **Category No.** II            **Investigating Agency** ATF

**City** Brockton                **Related Case Information:**

**County** Plymouth              Superseding Ind./ Inf. _____   Case No. _____
                                 Same Defendant  X    New Defendant _____
                                 Magistrate Judge Case Number   05-00027-LTS
                                 Search Warrant Case Number _____
                                 R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Javon Wooten                        Juvenile   ☐ Yes   ☒ No

Alias Name   _____

Address   1454 Main Street, Brockton, MA

Birth date: ** ** 77   SS#: *** ** 3531   Sex: M   Race: B   Nationality: U.S.A.

Defense Counsel if known:   Timothy Watkins      Address:  Federal Defender's Office

Bar Number: _____

**U.S. Attorney Information:**

AUSA   William H. Connolly              Bar Number if applicable   634501

Interpreter:   ☐ Yes   ☒ No       List language and/or dialect: _____

Matter to be SEALED:   ☐ Yes   ☒ No

☐ Warrant Requested      ☐ Regular Process      ☒ In Custody

**Location Status:**

Arrest Date: _____

☒ Already in Federal Custody as   pretrial detainee   in   Plymouth
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____   on _____

Charging Document:   ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:   ☐ Petty ___   ☐ Misdemeanor ___   ☒ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 8/10/05       Signature of AUSA: _[signature]_

District Court Case Number (To be filled in by deputy) _____

Name of Defendant    Javon Wooten

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 922(g)(1) | Felon in Possession of Firearm | 1 |
| Set 2 | 21 U.S.C. 841(a)(1) | Possess w/ Intent to Dist. Cocaine Base | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION: _____

**District Court Case Number** (To be filled in by deputy) _____

**Name of Defendant**    Javon Wooten

JS 45.wpd - 3/13/02