# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

## ORDER OF REFERENCE

Check if previously referred

_U. S._

V.

_Jason Wooten_

GA/CR No. _05 - 10205-NG_

Criminal Category _IV_

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge _Sorokin_ for the following proceedings:

(A)     Referred for full pretrial case management, including all dispositive motions.

(B)     Referred for full pretrial case management, not including dispositive motions:

(C)     Referred for discovery purposes only.

(D)     Referred for Report and Recommendation on:

    ( ) Motion(s) for injunctive relief
    ( ) Motion(s) for judgment on the pleadings
    ( ) Motion(s) for summary judgment
    ( ) Motion(s) to permit maintenance of a class action
    ( ) Motion(s) to suppress evidence
    ( ) Motion(s) to dismiss
    ( ) Post Conviction Proceedings[1]
    See Documents Numbered: _____

(E)     Case referred for events only.  See Doc. No(s). _____

(F)     Case referred for settlement.

(G)     Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
    ( ) In accordance with Rule 53, F.R.Civ.P.
    ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H)     Special Instructions: _pretrial proceedings_

_8-10-05_
Date

By _Catherine M Smith_
Deputy Clerk

(Order of Ref to MJ.wpd - 05/2003)

---

[1]    See reverse side of order for instructions