UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Case No. 05-10205-NG |
| ) | |
| JAVON WOOTEN   ) | |

JOINT MOTION OF THE PARTIES TO EXCLUDE TIME

The parties hereby move, pursuant to Local Rule 112.2 and 18 U.S.C. §3161 (h)(8)(A), to exclude the period of time commencing on August 16, 2005, and ending on September 26, 2005. It is expected that the requested extension would allow the parties sufficient time to develop discovery plans, produce discovery, and review discovery materials.

WHEREFORE, both parties respectfully request, under 18 U.S.C. §3161(h)(8)(A), that this Court find, based on the above, that the ends of justice served by granting the requested exclusions outweigh the best interest of the public and the defendant in a speedy trial, and, accordingly, exclude the above period in computing the time within which trial must commence under 18 U.S.C. §3161.

Respectfully Submitted,

| | |
|---|---|
| JAVON WOOTEN | MICHAEL J. SULLIVAN |
| By His Attorney | United States Attorney |
| | By: |
| _____ | _____ |
| Timothy Watkins, Esq. | WILLIAM H. CONNOLLY |
| | Assistant U.S. Attorney |

August 16, 2005

Case 1:05-cr-10205-NG     Document 11     Filed 08/16/2005     Page 2 of 2