UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-10205-NG |
| | ) | |
| JAVON WOOTEN | ) | |

## MOTION TO CONTINUE STATUS CONFERENCE

Defendant, Javon Wooten, moves that the Court continue the final status conference to a date convenient to the Court but no earlier than the week of November 21, 2005.  As reasons therefore, defendant through counsel states that counsel's attention to this matter has been distracted by the hospitalization and declining health of his elderly father and he is thus unable to reliably report the status of the case. Moreover, counsel's father passed away last Thursday, November 3, 2005 at Massachusetts General Hospital; counsel is taking a leave of absence during the week of November 7, 2005 in order to attend to details resulting from his father's death and to make living arrangements for his elderly mother.  Defendant is therefore requesting a brief continuance of the final status conference so that counsel may thoroughly review the status of the case and thus allow the parties to make an accurate report as to the status of the case.

```
                              JAVON WOOTEN
                              By His Attorney,



                              /s/ Timothy Watkins
                              Timothy G. Watkins
                              Federal Defender Office
                              408 Atlantic Ave. 3rd Floor
                              Boston, MA  02110
                              Tel: 617-223-8061
```