UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
**1:05-10205NG**

UNITED STATES OF AMERICA

v.

**JAVON WOOTEN**

**ORDER AND**
**FINAL STATUS REPORT**

**January 3, 2006**

SOROKIN, M.J.

A Final Status Conference was held before this court on **January 3, 2006**, pursuant to the provisions of Local Rule 116.5(A). Based on that conference, this court enters the following report and orders.

1. The defendant requests that the court schedule a Rule 11 hearing.

2. As of January 3, 2006, pursuant to joint requests of the parties, the time from November 15, 2005 to January 3, 2006 is excluded under the Speedy Trial Act. Thus no time has elapsed under the Speedy Trial Act since the arraignment.

The Clerk shall return this file to the District Judge assigned to this case.

    / s / Leo T. Sorokin
LEO T. SOROKIN
UNITED STATES MAGISTRATE JUDGE