UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-10205-NG |
| | ) | |
| JAVON WOOTEN | ) | |

DEFENDANT'S ASSENTED-TO MOTION TO CONTINUE SENTENCING

Defendant, Javon Wooten, respectfully requests that the Court continue the sentencing in this matter, presently scheduled for May 30, 2006, to June 13, 2006 at 2:00 p.m. As grounds for this request, defendant through counsel states that he is scheduled to attend the Federal Defender Office's annual training conference in San Francisco from May 30 through June 2, 2006.

The government assents to this motion.

                      JAVON WOOTEN
                      By His Attorney,

                      /s/ Timothy Watkins
                      Timothy Watkins
                      B.B.O. #567992
                      Federal Defender Office
                      408 Atlantic Ave., 3rd Floor
                      Boston, MA  02110
                      Tel: 617-223-8061

CERTIFICATE OF SERVICE

I, Timothy G. Watkins, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and to USPO Jennifer Sinclair by electronic mail on May 15, 2006.