UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CRIMINAL NO. 05-10205-NG |
| ) | |
| JAVON WOOTEN        ) | |

ASSENTED-TO MOTION TO CONTINUE SENTENCING HEARING

Defendant, Javon Wooten, respectfully requests that the Court continue the sentencing in this matter, presently scheduled for June 13, 2006 at 2:00 p.m, to a date convenient to the Court but no sooner than June 20, 2006. As grounds for this request, defendant through counsel states the following:

1. Defendant pled guilty on March 22, 2006 to possession with intent to distribute crack cocaine and weapons possession charges.

2. Although there was no plea agreement, the parties viewed the potential guideline sentencing range as uncontroversial. Both the government and defendant anticipated that defendant would likely qualify as a career offender but not as an armed career criminal.

3. Because the parties anticipated that the sentencing range and options would be uncontroversial and to hasten defendant's transition to the Bureau of Prisons, defendant sought (and the Court agreed) to expedite sentencing.

4. The Probation Department agreed to expedite its preparation of the Presentence Report but only if the parties were prepared to waive the release of a preliminary disclosure of the report. The parties so agreed.

5. The Presentence Report, released last week while counsel was on leave, suggests that defendant qualifies as an Armed Career Criminal as the result of a previously overlooked state district court disposition.

      That determination, if adopted by the Court, subjects defendant to a fifteen-year mandatory minimum sentence below which the Court could not go by statute. In the absence of that determination, defendant would face a low-end advisory guideline sentence of 188 months with the possibility of a lower non-guideline sentence.

6. Defendant requires a period of time to assess the legal and factual underpinnings of the Probation Department's position and what additional sentencing options are available.

7. The government assents to this motion.

8. The parties are presently determining agreeable dates for a continued sentencing hearing and will notify the clerk as to potential dates.

                                        JAVON WOOTEN
                                        By His Attorney,

                                        /s/ Timothy Watkins
                                        Timothy Watkins
                                        B.B.O. #567992
                                        Federal Defender Office
                                        408 Atlantic Ave., 3rd Floor
                                        Boston, MA  02110
                                        Tel: 617-223-8061

---

## CERTIFICATE OF SERVICE

    I, Timothy G. Watkins, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and to USPO Jennifer Sinclair by electronic mail on June 12, 2006.