**FEDERAL DEFENDER OFFICE**
DISTRICT OF MASSACHUSETTS
408 ATLANTIC AVENUE, 3RD FLOOR
**BOSTON, MASSACHUSETTS 02110**

TELEPHONE: 617-223-8061
(FAX) 617-223-8080

November 17, 2006

Maryellen Molloy, Courtroom Clerk
  Honorable Nancy Gertner
J. Joseph Moakley Courthouse
One Courthouse Way
Boston, MA 02210

        Re: <u>United States v. Javon Wooten</u>
            Criminal No. 05-10205-NG

Dear Ms. Malloy:

     In filing Defendant's Sentencing Memorandum in the above-entitled case, I neglected to include an attachment concerning the maximum penalties for resisting arrest that was referenced in the Memorandum.  I have attached it hereto.

     Please feel free to call me with any questions you may have.

                        Sincerely,


                        /s/ Timothy G. Watkins
                        Timothy G. Watkins
                        Assistant Federal Defender



cc:  Counsel of Record (by ECF)

## TABLE OF PUNISHMENTS FOR RESISTING ARREST

| **State** | **Punishment** |
|---|---|
| **ALABAMA**<br>ALA. CODE § 13A-10-41, 13A-5-7 | Not more than six months |
| **ALASKA**<br>ALASKA STAT.§ 11.56.700, 12.55.135 | Not more than one year |
| **ARIZONA**<br>ARIZ. REV. STAT. §§ 13-2508, 13-701 | Not more than one year |
| **ARKANSAS**<br>ARK. STAT. ANN. §§ 5-54-103,5-4-401 | Not more than one year |
| **CALIFORNIA**<br>CAL. PEN. CODE. § 148 | Not more than one year |
| **COLORADO**<br>COLO. REV. STAT. §§ 18-8-103, 18-1.3-501 | Not more than one year |
| **CONNECTICUT**<br>CONN. GEN. STAT. §§ 53a-167a, 53a-36 | Not more than one year |
| **DELAWARE**<br>DEL. CODE ANN. Tit. 11  § 1257, 4206 | Not more than one year |
| **FLORIDA**<br>FLA. STAT. §§ 843.02, 775.082, | Not more than one year |
| **GEORGIA**<br>GA. CODE ANN. §§ 16-10-24, 17-10-3 | Not more than one year |
| **HAWAII**<br>HAW. REV. STAT. §§ 710-1026, 701-107 | Not more than one year |
| **IDAHO**<br>IDAHO CODE § 18-705 | Not more than one year |
| **ILLINOIS**<br>720 ILCS 5/31-1,  730 ILCS  5/5-8-3 | Not more than one year |
| **INDIANA**<br>IND. CODE §§ 35-44-3-3,  35-50-3-2. | Not more than one year |

1

**IOWA**                              Not more than 30 days
IOWA CODE §§ 719.1, 903.1

**KANSAS**                            Not more than one year
KAN. CRIM. CODE ANN. §§ 21-3828, 21-4502

**KENTUCKY**                          Not more than one year
KY. REV. STAT. ANN. §§ 520.090, 532.090

**LOUISIANA**                         Not more than six months
LA. CODE CRIM. PROC. ANN. art. § 14:108

**MAINE**                             Not more than one year
ME. REV. STAT. ANN. Tit. 17A §§ 751, 1252

**MARYLAND**                          Not more than one year
MD. CRIM. LAW. § 9-402

**MASSACHUSETTS**                     Not more than 2½ years
M.G.L. Ch. 265 § 32B

**MICHIGAN**                          Not more than two years[1]
MICH. COMP. LAWS § 750.479

**MINNESOTA**                         Not more than ninety days
MINN. STAT. § 609.50

**MISSOURI**                          Not more than one year
MO. REV. STAT. §§ 575.150, 558.011

---

[1] Counsel contacted the Federal Defenders office in Detroit, MI and was informed by Assistant Federal Defender John O'Neil that they had never seen resisting arrest used a career offender predicate.

**MISSISIPPI**                          Not more than six months
MISS. CODE. ANN. § 97-9-7**3**

**MONTANA**                             Not more than six months
MONT. CODE. ANN. § 45-7-301

**NEBRASKA**                            Not more than one year
NEB. REV. STATS. §§ 28-904, 28-106

**NEVADA**                              Not more than six months
NEV. REV. STATS. §§ 199.280, 193.150

**NEW HAMPSHIRE**                       Not more than one year
N.H. REV. STAT. ANN. §§ 625:9,  642:2

**NEW JERSEY**                          Not more than six months
N.J. REV. STAT. ANN. § 2C:29-2, 2C:43-8

**NEW MEXICO**                          Not more than six months
N.M. STAT. ANN. §§ 30-22-1, 30-1-6

**NEW YORK**                            Not more than one year
N.Y. PEN. CODE §§ 205.30, 10.00

**NORTH CAROLINA**                      Not more than six months
N.C. GEN. STAT. § 14-223, 14-3

**NORTH DAKOTA**                        Not more than one year
N.D. CENT. CODE §§ 12.1-08-02, 12.1-32-01

**OHIO**                                Not more than 90 days
OHIO REV. CODE ANN. §§ 2921.33, 2929.24

**OKLAHOMA**                            Not more than one year
OKLA. STAT. Tit. 21 § 268, § 10

**OREGON**                              Not more than one year
OR. REV. STAT. §§ 162.315, 161.615


**PENNSYLVANIA**                        Not more than two years[2]
18 PENN. CONS. STAT. §§ 5104, 1104


**PUERTO RICO**                         Not more than six months
P.R. PENAL CODE § 4493


**RHODE ISLAND**                        Not more than one year
R.I. GEN. LAWS § 12-7-10


**SOUTH CAROLINA**                      Not more than one year
S.C. CODE ANN. § 16-9-320


**SOUTH DAKOTA**                        Not more than one year
S.D, CODIFIED LAWS §§ 22-11-4, 22-6-2


**TENNESSEE**                           Not more than six months
TENN. CODE ANN. §§ 39-16-602, 40-35-111


**TEXAS**                               Not more than one year
TEXAS PENAL CODE §§ 38.03, 12.21


**UTAH**                                Not more than six months
UTAH CODE ANN. §§ 76-8-305, 76-3-204


**VERMONT**                             Not more than one year
VT. STAT. ANN. Tit. 13 § 3017


**VIRGINIA**                            Not more than one year
VA. CODE ANN. §§ 18.2-479, 18.2-11

---

[2] This offense is an unlikely career offender predicate because force is not necessarily an element.

**WASHINGTON**                          Not more than ninety days
WASH. REV. CODE §§ 9A.76.040, 9A.20.021


**WEST VIRGINIA**                       Not more than one year
W. Va. CODE § 61-5-17


**WISCONSIN**                           Not to exceed nine months
WIS. STAT. §§ 946.41, 939.51


**WYOMING**                             Not more than one year
WYO. STAT. § 6-5-204(a)