April 30, 2008

Honorable Nancy Gertner
Judge, United States District Court
U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

**VIA CERTIFIED MAIL/
RETURN RECEIPT REQUESTED**

LEGAL MAIL

    Re:    United States of America v.
              Javon Wooten
              In United States District Court
              Case No. 05-10205-NG

Dear Judge Gertner:

    I am writing with regards to the above case matter.

    The reason for this letter, is that I was charged and convicted before this Honorable Court in violation of federal drug laws. Subsequently, I was sentenced to <u>110</u> months. I remain incarcerated.

    Judge Gertner, notably, in my "PSI" it reflects pararaph 60, 61, 62 that the listed charges were consolidated for sentencing and therefore are treated as related. The sentences for these offenses were imposed on the same day (12/12/01).

    Here in this case, the "PSI" is incorrectly scored pursuant the most recent change effective November 1, 2007 whereas it states in part: "that were consolidated for sentencing and therefore are treated as related".

    Finally, with the new <u>709</u> amendment the record supports that there is some confusion and has been a significant amount of litigation with this issue. It appears, based on the consolidation of these sentences and the aggregate sentence being (2) years, the criminal history points were excessive of (4) points or more.

    Last, I am requesting pursuant to §3582(c)(2) that this Honorable Court revise my "PSI" in accordance to the most recent change by the National Sentencing Commission and or allow me a hearing to determine the facts.

    Accordingly, I await this Honorable Court's reply.

1

Honorable Nancy Gertner
Page 2
April 30, 2008

    Thanking you in advance.

I am,

                                  Sincerely,

                                  Javon Wooten

/jw

c: William O'Connolly, AUSA
   Jennifer Sinclair, U.S. Probation Officer